## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA SHWEDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00649-SPL |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff, BARBARA SHWEDA ("Plaintiff"), informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

June 23, 2014                By: /s/ David deBruin
                                                  David deBruin
                                                  The deBruin Law Firm, LLC
                                                  405 N. King St.
                                                  Suite 440
                                                  Wilmington, DE 19801
                                                  Tel: 302-660-2582
                                                  Fax: 302-660-2529
                                                  ddebruin@thedebruinfirm.com
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On June 23, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of this filed document to Defendant's cousel.

By: /s/ David deBruin
David deBruin