## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA SHWEDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00649-SLR |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, BARBARA SHWEDA, through her attorneys, The deBruin Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DIVERSIFIED CONSULTANTS, INC.

RESPECTFULLY SUBMITTED,

July 28, 2014					By: /s/David deBruin
						David deBruin
						The deBruin Law Firm, LLC
						405 N. King St., Suite 440
						Wilmington, DE 19801
						Tel: 302-660-2582
						Fax: 302-660-2529
						ddebruin@thedebruinfirm.com
						Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On July 28, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Cindy Salvo at csalvo@salvolawfirm.com.

By: /s/ David deBruin
David deBruin